IN THE UNITED STATES DISTRICT COURT FOR THE
DISTRICT OF MARYLAND
SOUTHERN DIVISION

| | |
|---|---|
| **DAESJA EDWARDS** | * |
| **5800 Quantrell Ave, #323** | * |
| **Alexandria, VA, 22312** | * |
| | * |
| **Plaintiff,** | * |
| | * |
| vs. | * |
| | * |
| **UNITED STATES OF AMERICA** | * Case No.: 8:24-1119 |
| **SERVE:** | * |
| | * |
|    **EREK L. BARRON,** | * |
|    **U.S. Attorney for the** | * |
|    **District of Maryland** | * |
|    **Attention: Civil Process Clerk,** | * |
|    **Office of the U.S. Attorney** | * |
|    **6625 U.S. Courthouse** | * |
|    **101 W. Lombard Street** | * |
|    **Baltimore, MD 21201-2692** | * |
| | * |
|    **MERRICK GARLAND** | * |
|    **Attorney General of the** | * |
|    **United States** | * |
|    **U.S. Department of Justice** | * |
|    **950 Pennsylvania Ave NW** | * |
|    **Washington, DC 20530** | * |
| | * |
|    **THOMAS J. MARSHALL,** | * |
|    **General Counsel and Executive** | * |
|    **Vice President of the** | * |
|    **United States Postal Service** | * |
|    **Office of General Counsel** | * |
|    **475 L'Enfant Plaza, SW** | * |
|    **Washington DC 20060** | * |
| | * |
| **and** | * |
| | * |
| **REUEL MARQUEZ LARA** | * |
| **1204 Jefferson Lane** | * |
| **Waldorf, MD 20602** | * |
| | * |
| **Defendants.** | * |

ALPERT SCHREYER
8 Post Office Road
Waldorf, Maryland 20602
301-932-9997

1

*************************************************************************

## COMPLAINT

Comes now Plaintiff, Daesja Edwards, by and through her attorneys, Christopher F. Murphy, and Alpert Schreyer, LLC, and sues the Defendant, United States of America, the United States Postal Service and Reuel Marquez Lara and alleges the following:

### Parties

The Plaintiff is a citizen of the Commonwealth of Virginia, residing at 5800 Quantrell Ave #323 Alexandria, VA 22312. Defendant, United States of America, (for this action of the agent, servant, and/or employee of the United States Security Administration), is a federal governmental entity amenable to suit in this action pursuant to the Federal Tort Claims Act ("FTCA"), 28 U.S.C. §§1346(b), 2401(b) and 2671-80. Defendant Reuel Marquez Lara is a resident of the State of Maryland, residing at 1204 Jefferson Lane Waldorf, MD 20602.

### Jurisdiction and Venue

This Honorable Court has jurisdiction over this action against the Defendant, United States of America, pursuant to 28 U.S.C. §§ 1346(b) and 1402(b). Venue is appropriate in the United States District Court for the District of Maryland Southern Division, pursuant to 28 U.S.C. § 1391(b), as the place wherein a substantial part of the events or omissions giving rise to this claim occurred.

### Count I
**(Negligence)**

1. That on or about June 4, 2021, the Plaintiff, Daesja Edwards was the passenger in a 2015 Honda Accord (hereafter, the Edwards vehicle) driven by Daesja Edwards on Industrial Park Drive in Waldorf, Maryland.

2. The Defendant, Reuel Marquez Lara, was traveling on Industrial Park Drive,

ALPERT SCHREYER
8 Post Office Road
Waldorf, Maryland 20602
301-932-9997

2

directly behind the Edwards vehicle, when he collided with the Edwards vehicle.

3. As a result of the violent impact of the vehicle being operated by the Defendant, Reuel Marquez Lara, with the Edwards vehicle, the Plaintiff was suddenly, violently and without warning, thrown about in her vehicle sustaining severe injury.

4. It was then and there the responsibility of the said Defendant to keep his motor vehicle under control and to avoid colliding with the Edwards vehicle; to keep a proper lookout in order not to collide with the Edwards vehicle; to control the location of his vehicle so as not to collide with the Edwards vehicle; to maintain a safe distance from the Edwards vehicle; to control the speed if his vehicle so as to not collide with the Edwards vehicle in; and to otherwise operate his vehicle with due care and caution so as to avoid colliding with the vehicle.

5. Notwithstanding the above-mentioned duties of the Defendant Reuel Marquez Lara, the said Defendant did operate his vehicle negligently, carelessly, recklessly and in violation of the traffic rules then and there in force in the State of Maryland and did violently collide with the vehicle in which the Plaintiff, Daesja Edwards was a passenger.

6. As a result of the above said collision, the Plaintiff, Daesja Edwards, was violently knocked and thrown about, sustaining severe, painful and permanent injuries to her body as well as severe and protracted shock to her nervous system, all of which caused her, and will continue to cause her in the future, great pain and mental anguish.

7. As a further result of the aforementioned injury sustained by the Plaintiff, Daesja Edwards, the said Plaintiff has sustained extensive pain, suffering and emotional distress and may continue to endure extensive pain and suffering as well as emotional distress in the future.

ALPERT SCHREYER
8 Post Office Road
Waldorf, Maryland 20602
301-932-9997

8. The Plaintiff, Daesja Edwards is required, and may well be required in the future, to incur medical treatment for the aforesaid injuries.

9. In addition, as a result of the aforementioned injuries, the Plaintiff, Daesja Edwards, lost a considerable amount of time from her employment and may well lose time in the future from employment as a result of the injuries sustained in this accident.

10. All of the aforementioned injuries were the result of the Defendant's aforesaid negligence, which were sustained without any fault or negligence on the part of the Plaintiff, Daesja Edwards.

WHEREFORE, the Plaintiff, Daesja Edwards, claims compensatory damages in excess of Seventy-Five Thousand Twenty-Five Dollars ($75,000.00), plus interest and costs against the Defendants, United States of America and Reuel Marquez Lara.

Respectfully Submitted,
ALPERT SCHREYER, LLC

_____
Christopher F. Murphy, Esq.
Bar No. 22135
8 Post Office Road
Waldorf, Maryland 20602
Murphy@dcmdlaw.com
(301) 932-9997
Attorney for Plaintiff

**JURY DEMAND**

The Plaintiff requests that this action be tried before a jury.

                Respectfully submitted,

                ALPERT SCHREYER, LLC

                */s/ Christopher F. Murphy*
                _____
                Christopher F. Murphy, Esq.
                Bar No. 22135
                8 Post Office Road
                Waldorf, Maryland 20602
                Murphy@dcmdlaw.com
                (301) 932-9997
                Attorney for Plaintiff